United States District Court

Curtis E. Crawford, Reg 10620-007
Beckley FCI
P.O. Box 350
Beaver, West Virginia 25813

FILED
SEP 12 2005
TERESA L. DEPPNER, CLERK

          Plaintiff

V.                                Civil No. _____

Director
Federal Bureau of Prison
320 First Street, N.W.
Washington, D.C. 20001

Charles Felt, Warden
Beckley FCI
P.O. Box 350
Beaver, West Virginia 25813

          Respondents.

**Emergency In Injunction and Restraining**
**For Refusal of Medical Treatment For**
**Life Saving Illness.**

2.

## Waiver of Grievance Requirement

Plaintiff seek waiver by Court of filing Administrative Remedy, because he is in sever pain and would suffer unlawfully without Medical Treatment for unreasonable and unknown period of time.

## Appointment of Counselor

Plaintiff/Petitioner seek Court Order to Appointment of Counselor, due to very serious nature of claims and Medical Terminology that would have to be addressed to the Courts.

## Medical History

Plaintiff's Medical Record from D.C. Jail, Howard University Hospital, and Greater Southeast Hospital, will confirm and support that Plaintiff dire need for Medical Operation to correct illness.

-3-

## Personal Knowledge

On August 25, 2005 Plaintiff wrote the Warden Charles Felts, and informed him that a Nurse (M. Owens) was denying him medicine that was prescribed by a Doctor. That this deprival of medicine was for a very unprofessional reason, and akin to Racial Prejudice and discrimination.

On September 1, 2005 Plaintiff was denied medicine due to Nurse Owens, and again on September 8, 2005 where in Nurse Owens threaten to have Plaintiff placed into Special Housing Unit for asking the person taking sick call to refil said medication.

## Life Threaten Treatment

I arrived at Beckley FCI on August 25, 2005, and I have never

4.

been seen by a Doctor, yet when I arrived I have medication for a very serious medical condition. In which a medical operation was scheduled at Georgetown University Hospital. But I was transfer into Federal Bureau of Prison, prior to receiving operation. Here I'm being denied medical treatment, and medical operation to remedy the problem

## Emergency Injunction

I seek operation of Court to stop the Federal Bureau of Prison and Nurse Owens from denying myself life threatening medical treatment and medicines.

## Emergency Restrainment

I being denied treatment by a Doctor, for serious medical condition

for unprofessional reasons, and outside the policy and regulation of the Federal Bureau of Prisons.

### Protection Order

Whereas Plaintiff is an inmate in Beckley FCI and Nurse Owens has repeatedly threaten to do him harm. Plaintiff in Injunction Order seek Protection Order from Nurse Owens and her influence on Medical Staff to deny and Deprive Plaintiff Crawford medical treatments and Services unlawfully

### Open Court Hearing

Plaintiff Seeks an Open Court Hearing, whereby he can submit Evidence to Support his Claim, and not be denied Justice solely because he is an inmate.

## Certification of Truth

I Curtis E. Crawford, do state under penalty of perjury that the above statement is true and correct, pursuant to 28 U.S.C. § 1746.

## Waiver of Cost

Plaintiff seeks waiver of cost, due to the fact that he is indigent and inmate of the U.S. Federal Bureau of Prisons in dire emergency need for assistance from the court. See: 28 U.S.C. § 1915.

## Relief Sought

1. Court issue Temporary Injunction to the Emergency
2. Court issue Temporary Restrainment Order to the Emergency
3. Court issue Show Cause Order in an Emergency Response.
4. Court issue Order Directing All Medical Record be Presented into Court for evaluation

7.

5. Court Issued Order to Appointment of Attorney for Plaintiff Curtis E. Crawford on Temporary Basis for the Purpose of This Adjudication.

6. Court issue Restrainment Order against Nurse Owens,* which Prohibits her from any contact with Plaintiff and his Medical Record for Pending Hearing.

Respectfully Submitted
Curtis E. Crawford

Certification of Service

I Certify That The Clerk of U.S. District Court was mailed This Motion on 8th day of September, 2005 via Prison mailing System.
Respectfully Submitted,
Curtis E. Crawford

* against any reprisal and retaliation by same and/or any Person's acting on her behalf, wherein all infraction will be documented with Court and Clerk would be immediately notified to Alert Judge in Case.